IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUG SMALLS,<br>    Plaintiff, | )<br>)<br>) Civil Action No. 7:06CV00029<br>) |
| v. | ) **FINAL ORDER**<br>)<br>) By: Hon. Glen E. Conrad<br>) United States District Judge |
| GENE M. JOHNSON, et al.<br>    Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that defendants' motion for summary judgment shall be and hereby is **GRANTED,** and that this action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for defendants.

ENTER: This 18th day of August, 2006.

_____
United States District Judge